**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **JAMES MICHAEL ROBINSON,** ) | Civil Action No. 7:17-cv-00351 |
| Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:   Norman K. Moon |
| **CAPTAIN KELLER, et al,** ) | United States District Judge |
| Defendant(s). ) | |

James Michael Robinson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 25, 2017, the court directed plaintiff to submit within 20 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the months of May and June 2017, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during those months. On August 7, 2017 the plaintiff submitted a change of address and on the same date the court received the July 25, 2017 order which was returned as undeliverable. The clerk updated the docket to reflect the plaintiff's new address and sent the conditionally filed order to that updated address.   Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __31st__ day of August, 2017.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE