IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMES MICHAEL ROBINSON,** ) | | |
| Plaintiff, ) | Civil Action No. 7:17-cv-00351 | |
| ) | | |
| v. ) | **DISMISSAL ORDER** | |
| ) | | |
| **CAPTAIN KELLER, et al,** ) | By: | Norman K. Moon |
| Defendant(s). ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __31st__ day of August, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE